STATE OF NORTH CAROLINA, EX REL. UTILITIES COMMISSION, AND THE PUBLIC STAFF OF THE NORTH CAROLINA UTILITIES COMMISSION v. MARTHA H. MACKIE, APPLICANT-APPELLANT

No. 108A86

(Filed 6 January 1987)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30 (2) from the decision of a divided panel of the Court of Appeals, 79 N.C. App. 19, 338 S.E. 2d 888 (1986). This Court allowed both parties' petitions for discretionary review of additional issues.

On 25 January 1984, the applicant filed an application with the North Carolina Utilities Commission to discontinue water and sewer services. Following a hearing on 10 April 1984, the hearing examiner issued a Recommended Order denying the applicant's request. This order was subsequently adopted by the Commission, with one minor alteration, on 10 September 1984. Applicant appealed to the Court of Appeals which affirmed in part, vacated in part, and remanded, with one judge dissenting.

Heard in the Supreme Court 8 December 1986.

*Robert P. Gruber, Executive Director, by Antionette Wike, Chief Counsel, and Vickie L. Moir, for the Public Staff.*

*I. Beverly Lake, for the applicant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is affirmed, with this modification: the parties may present on remand additional evidence of reasonable expenses of operation and the revenues which the water and sewer systems may reasonably be expected to produce.

Modified and affirmed.

Justice WEBB did not participate in the consideration or decision of this case.